## No. 6079.

### J. FAUST, BROTHER & Co. vs. GLYNN & WINTZ. CHARLES CAVANAC AND JAMES RICKETTS, SURETIES.

Judicial bonds are solidary obligations, and this is a judicial bond which is sought to be enforced. The judge *a quo* erred in not rendering judgment *in solido* against the sureties.

APPEAL from the Fourth District Court, parish of Orleans. *Lynch, J. I. Tharp*, for plaintiff and appellant. *F. C. Zacharie*, for defendants and appellees.

TALIAFERRO, J. This is an appeal taken from a judgment rendered on a rule against Cavanac and Ricketts as sureties on an appeal bond, decreeing that each of the said sureties pay his virile share or part of the judgment obtained by the plaintiffs, Faust & Co., against the defendants, Glynn & Wintz.

The plaintiffs complain that the court below decreed that the sureties sued on the bond of appeal were jointly bound each for one half the judgment appealed from, when they should have been condemned *in solido*.

Judicial bonds are solidary obligations, and this is a judicial bond. The bond recites: " Know all men by these presents, that we, P. J. Glynn and H. S. Wintz, as principals, and Charles Cavanac, and James Ricketts, their sureties, are bound, etc., in the sum of thirteen hundred

dollars, for the payment of which we bind ourselves, our heirs, executors, and administrators firmly by these presents," etc.

The court erred in not rendering judgment *in solido* against the sureties.

It is therefore ordered that the judgment appealed from be annulled and reversed, and, proceeding to give such judgment as should have been rendered in the case, it is now ordered that the rule be made absolute, and that the plaintiffs, J. Faust, Brother & Co., recover against the said sureties, Charles Cavanac and James Ricketts, Jr., *in solido*, the sum of $845 10, with six per cent per annum interest from December 25, 1871, and ten per cent damages on the same until paid, and costs in both courts.

Rehearing refused.